UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY R. RYLAND,<br><br>           Plaintiff,<br><br>      v.<br><br>J. DOER, et al.,<br><br>           Defendants. | No. 1:24-cv-01555-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PAY THE $405.00 FILING FEE WITHIN 30 DAYS<br><br>(Docs. 2, 5) |

On December 18, 2024, plaintiff filed this civil rights action, along with a motion to proceed in forma pauperis. Docs. 1, 2. On December 19, 2024, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed in forma pauperis be denied. Doc. 5. The magistrate judge found that plaintiff had sufficient funds in his trust account to pay the $405.00 filing fee for this action. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days following service. *Id.* Plaintiff did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

///

///

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on December 19, 2024, Doc. 5, are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis, Doc. 2, is DENIED;
3. Within 30 days from the date of service of this order, plaintiff shall pay in full the $405.00 filing fee if he wishes to proceed with his action.
4. Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   January 31, 2025

_____
UNITED STATES DISTRICT JUDGE

2