UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY RYLAND,<br><br>        Plaintiff,<br><br>  v.<br><br>J. DOER, et al.,<br><br>        Defendants. | No. 1:24-cv-01555-KES-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>Doc. 6 |

On December 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied. Doc. 5.

On February 3, 2025, the Court issued an order adopting the findings and recommendations and ordered plaintiff to pay the filing fee within thirty (30) days. Doc. 6. In that order, plaintiff was warned that if he failed to pay the filing fee in full within the specified time, this action would be dismissed. *Id.* at 2. Plaintiff has not paid the filing fee, and the deadline to do so has passed. Without such payment, the action cannot proceed at this time.

//

//

//

1

Accordingly, IT IS ORDERED:

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated: March 17, 2025

UNITED STATES DISTRICT JUDGE

2